# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MARY ANTOINETTE ROBINSON,

        Plaintiff,

v.                                                              Case No. 09-CV-1025

UNITED STATES SUPREME COURT,

        Defendant.

## DECISION AND ORDER

On October 29, 2009, the plaintiff, Mary Antoinette Robinson, filed a *pro se* complaint naming the United States Supreme Court as defendant. The plaintiff alleges that she "filed 350 claims w/ a box & a half of complaints & the courts took forever to respond & was treated very rudely by the Judge's Courts staff from Milwaukee to Washington." (Complaint at 3). This matter comes before the court on the plaintiff's petition to proceed *in forma pauperis*.

The plaintiff previously filed an action in this court which was assigned to United States District Court Judge Lynn Adelman. In a decision and order dated June 11, 2009, Judge Adelman explained that the action had been filed against "approximately 250 defendants, alleging that each defendant injured her in some way. The defendants ranged from funeral homes, cell phone companies, grocery stores and restaurants to banks, car dealers and repair companies, hotels, attorneys, various government officials and agencies, credit reporting agencies, and other businesses." *Robinson v. Miscellaneous*, Case No. 09-CV-0148 (E.D. Wis.).

Judge Adelman determined that the plaintiff's complaint failed to comply with Fed. R. Civ. P. 8(a)(2), the court most likely lacked jurisdiction as to many of the plaintiff's claims, and the plaintiff's complaint failed to comply with the rules governing joinder of parties and claims in a single case. Judge Adelman initially dismissed the plaintiff's conspiracy claims outright and the remainder of the complaint without prejudice allowing the plaintiff to file an amended complaint. Subsequently, on August 18, 2009, Judge Adelman dismissed the plaintiff's complaint and closed the case. On October 14, 2009, the plaintiff filed a motion for more appeal time. The plaintiff's motion is still pending.

This action appears to be an attempt to appeal the previously filed action. At page two of the complaint in the section labeled parties, the plaintiff lists as a defendant the "DC Supreme Court of US" and as additional defendants she lists "Miscellanious (sic) see filing C9-0148 in system." (Complaint at 2). The plaintiff does not state any allegations against defendant United States Supreme Court.

In addition to her complaint, the plaintiff filed two banker boxes full of documents, presumably these are the same two boxes she filed in Case No. 09-CV-0148. Additionally, in her "Petition and Affidavit to Proceed Without Prepayment of Fees and/or Costs", in response to a section which states "If you are filing an appeal from a district court's judgment/decision, state the issue that you intend to appeal," she indicates the following: "C9-0148 see docket & Attachment for Appeal extension due to mishandling." An appeal of a decision of a district court case is to the United

States Court of Appeals for the Seventh Circuit, not the United States Supreme Court. Moreover, an appeal is not an additional action filed in the district court.

Accordingly, based on the foregoing, the plaintiff's motion to proceed *in forma pauperis* will be denied and this action will be dismissed.

### ORDER

**NOW, THEREFORE, IT IS ORDERED** that the plaintiff's request to proceed *in forma pauperis* be and the same is hereby **DENIED**.

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 24th day of November, 2009.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge